# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

January 18, 2011

**Before**

JOEL M. FLAUM, *Circuit Judge*

KENNETH F. RIPPLE, *Circuit Judge*

TERENCE T. EVANS, *Circuit Judge*

| | |
|---|---|
| ANDREW SUH,<br>    *Petitioner-Appellant*, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| No. 09-3946    *v.* | No. 1:03-cv-07014 |
| GUY PIERCE, Warden,<br>    *Respondent-Appellee*. | Rebecca R. Pallmeyer, *Judge.* |

**O R D E R**

The slip opinion issued in the above-entitled cause on January 18, 2011, is amended as follows:

On page 1, the caption should reflect the proper party designation for Guy Pierce as *Respondent-Appellee*.